No. 86–6966.   AKIODE *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 86–6967.   CRUZ *v.* MICHIGAN.   Sup. Ct. Mich.   Certiorari denied.

No. 86–6968.   PUGHSLEY *v.* O'LEARY, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 86–6970.   ORTLOFF *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 86–6971.   TURNER *v.* FOLTZ, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 86–6973.   COOK *v.* WALLACE ET AL.   C. A. 11th Cir. Certiorari denied.

No. 86–6974.   COOK *v.* FOLTZ, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 86–6975.   MACK *v.* AMERICAN TELEPHONE & TELEGRAPH CO., LONG LINES, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 86–6976.   GLICK *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 86–6979.   BROWN *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 86–6981.   FRIPP *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 86–6982.   HADDIX *v.* CITY OF DAYTON.   Ct. App. Ohio, Montgomery County.   Certiorari denied.

No. 86–6986.   BUTLER *v.* BREEDING ET AL.   C. A. 8th Cir. Certiorari denied.

No. 86–6988.   McMURRY *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 86–6990.   HENDERSON *v.* CARLSON ET AL.   C. A. 3d Cir. Certiorari denied.

No. 86–6991.   LINN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.